IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT

2011 MAR -3  A 11: 40

UNITED STATES of AMERICA

V.                              CRIM.NO: 88-239

LOUIS A. MANNA

PETITION FOR ORDER

MANDATING, U.S.

ATTORNEY'S OFFICE

TO FURNISH/RETURN

FILES, VIDEO'S, SUBMITTED

ON AUGUST 16, 2005,

TO ASSIST COURT/PROSECUTION

To: The Honorable Judge of Said Court;

I.                      INTRODUCTION

And Now, To Wit on about this 22, day of February 2011, Petitioner respectfully request that this Honorable Court issue an order to the U.S. Attorney's Office, to return and furnish,

- Petitioner with the above files and video's that Petitioner submitted on August 16, 2005, to assist the Court as well as the prosecution.

Petitioner has written the U.S. Attorney, Paul J. Fishman, [n]umerous times requesting the above documents, (See: Letter's from Petitioner, August 26, 2010 and November 17, 2010, Exht.#1).

But Petitioner's request has fell upon deaf ear's. Petitioner has [n]o other recourse but to turn to this Honorable Court to rectify this very, very important matter, Petitioner also request an alternative as requested in his November 11, 2010 letter, that if by chance this material is un-available, then order the U.S. Attorney's Office, to respond indicating what happen to these documents.

Petitioner also states that these above documents are important to him because he is still fighting his conviction and sentence.

Wherefore, the Petitioner pray's that this Honorable Court will issue under the Hand and Seal of this Court, an Order upon the U.S. Attorney Paul J. Fishman, return to Petitioner the August 16, 2005 file and vidio's, or in the alternative, forthwith Petitioner a response indicating the where abouts of Petitioner's documents of August 16, 2005.

DATE:                          RESPECTFULLY SUBMITTED,

*[signature: Louis A. Manna]*

LOUIS A. MANNA #09211-050

FCI FAIRTON, PO BOX 420

FAIRTON, NJ. 08320

EX#1

>Louis A Manna
>
>09211-050
>
>FCI Fairton
>
>P.O. Box 420
>
>Fairton, NJ 08320

August 26th 2010

Paul J Fishman

U.S Attorneys Office

970 Broad Street

Room 702

Newark, NJ 07102

Sir,

    The purpose of this inquiry to your office for information regarding files and videos submitted in my 60 (b) motion on August 16th 2005, as documented in the civil docket, No 2;97-02034. MTB.

On January 14th 2008 the Supreme Court denied me relief, listed as, No 07-758 which finalized my litigation at that point. I had assumed that the files and videos that were submitted to assist the court and the prosecution would have been returned as a matter of form, and under no circumstances could have been discarded without notifying all parties to the litigations. If that happened I have not received any documentation by the court or by your predecessors.

I would appreciate if you would look into this matter, due to the value of these files and videos which are needed for

future litigation before the court, and involvement of your office which you now head.

Please address all correspondence to Louis A Manna, as a Pro se Litigant Petitioner.

Sincerely

*[signature]*

Louis A Manna

Please find enclosed are copies

1. Civil Court Docket No, 2;97-02034

2. August 16 2005. Files and Video submitted to Court

3. January 14 2008. Denial by Supreme Court regarding the 60 (b) motion

*[signature]* 5-26-2010

LAURIE NICOLE JOHNSON
Commission # 2373877
Notary Public, State of New Jersey
My Commission Expires
May 19, 2013

Louis A. Manna #09211-050
F.C.I. Fairton
P.O. Box 420
Fairton N.J. 08320
November 17, 2010

Paul J. Fisherman
U.S. Attorney
970 Broad Street, Room 702
Newark N.J. 07102

Re: Return of files and tapes submitted in Civ. No. 2;97-02034.(MTB).

Dear Sir:

On August 26, 2010 I sent a letter to you in reference to the whereabouts, and return, of the tapes and files submitted by my attorney, Paul Potenza, in conjunction with the 60(b)(6) motion filed on my behalf. To date you have failed to respond to this previous request which is the impetus of this follow-up letter.

Enclosed you will find a duplicate of the 2-page docketed filing of August 16, 2005.

If you have searched on my behalf and have found no records or tapes in your office, or, have decided that you have no obligation to search for and return this material I would appreciate the common curtesy of a response. If the return of these materials from your office is not forthcoming then a response indicating such will give me leave to pursue these important materials in other arenas and through other venues.

Sincerely,

Louis A. Manna

[Notary stamp: LAURIE NICOLE JOHNSON, Commission # 2373877, Notary Public, State of New Jersey, My Commission Expires May 19, 2013, dated 11-17 2010]

RECEIVED CLERK
U.S. DISTRICT COURT

2005 AUG 16 A 10 14

August 16, 2005

Clerk, United States District Court for the
    District of New Jersey
M.L. King, Jr., Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    United States of America v. Louis Anthony Manna

Dear Sir/Madam:

I enclose for filing with the Court my:

1. Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6) – original and 5 copies;

2. Request for Leave to File a Voluminous Appendix and Exhibit Package in Connection with Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6) – original and 5 copies;;

3. Motion to Disqualify the United States Attorney Office of Newark, New Jersey – original and 5 copies;

4. Appendix in Support of Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6) – 4 copies; and,

      5. 2 true copies each of

        (a) Video tape prepared by my defense counsel on 11/16/99 (marked Exhibit 1A, consisting of tapes "1 of 2" and "2 of 2"); and

        (b) Video tape of Government surveillance of Casella's Restaurant made on 8/5/87 (marked Exhibit 1B, consisting of tapes "1 of 3", "2 of 3", and "3 of 3").

New Jersey Attorney Paul L. Potenza, Esq., who is hand-delivering these materials on my behalf, will make payment of any filing fees, etc.

Thank you.

Respectfully,

*Louis A. Manna*

Louis Anthony Manna

#09211-050
F.C.I. -- Fairton
P.O. Box 420
Fairton, New Jersey 08320
Appearing Pro Se

Cc:   United States Attorney's Office,
        District of New Jersey



⇦09211-050⇦
Clerk Of Court
50 Walnut ST
U.S. District Court
Newark, NJ - 07102
United States

U.S. DISTRICT COURT
2011 MAR -3  A 11:40

7002 1140 0000 0303 2512