

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*          *(973) 645-2700*
*Newark, NJ 07102*

May 16, 2011

The Honorable Peter G. Sheridan
United States District Judge
Clarkson S. Fisher U.S. Courthouse
 and Federal Building
Trenton, NJ 08608

    Re:    <u>United States v. Louis Manna,</u> 88-cr-239; 97-cv-2034

Dear Judge Sheridan:

    Please accept this letter in lieu of a more formal submission in response to Petitioner's Application dated March 10, 2011, in the above-referenced action.

    Petitioner has requested that certain documents that he claims to have submitted nearly six years ago in connection with this litigation be returned to him. However, Petitioner has offer no basis for this request. Indeed, any submissions made by Petitioner in connection with his litigation should be retained by both the Court and the parties as part of the record.

    Respectfully submitted,

    PAUL J. FISHMAN
    United States Attorney

    *s/ R. Joseph Gribko*

    By: R. JOSEPH GRIBKO
    Assistant U.S. Attorney