# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LOUIS MANNA.<br><br>        Defendant. | CRIMINAL ACTION: 88-CR-239 (PGS)<br><br>ORDER |

      This matter comes before the Court on a motion by Louis A. Manna requesting that U.S. Attorney be ordered to turn over "the August 16, 2005 file and video" or alternatively set forth where it is located.

      WHEREAS the U.S. Attorney has indicated that it's office does not have such information; and

      WHEREAS Judge Debevoise who once presided over the matter, does not have any such August 16, 2005 file and video;

      NOW, THEREFORE, it is on this 26th day of May, 2011;

      ORDERED that the request of Louis Manna for "the August 16, 2005 file and video" is denied.

                                     *s/Peter G. Sheridan*
                                       PETER G. SHERIDAN, U.S.D.J.